**Order entered April 10, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00016-CV

**IN RE CHRISTOPHER WAYNE GREEN, Appellant**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CV-1970004-H**

**ORDER**

The reporter's record in this case is overdue. By order dated February 12, 2020, we granted Court Reporter Debi Harris's request for an extension of time to file the reporter's record and ordered her to file the record by March 6, 2020. To date, Ms. Harris has failed to comply with the Court's order.

Accordingly, we **ORDER** Debi Harris to file the reporter's record within **TWENTY DAYS** of the date of this order.

We expressly **CAUTION** Ms. Harris that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Harris

comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Tina Clinton
Presiding Judge
Criminal District Court No. 1

Honorable Gary R. Stephens
Senior District Judge

Debi Harris
Deputy Court Reporter

All parties

/s/    KEN MOLBERG
        JUSTICE